UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNTIED STATES OF AMERICA,

    -vs-

RICHARD N. AMICO,

        Defendant.

Index No. 00-CR-6155 (CJS)

Notice of Motion
Via ECF

---

| | |
|---|---|
| MOTION MADE BY: | Defendant Richard N. Amico, through his attorneys, DERSHOWITZ, EIGER & ADELSON, P.C., Victoria B. Eiger, who is making a limited appearance for the purpose of making this motion |
| DATE, TIME and PLACE OF HEARING: | At the United States Courthouse, 100 State Street, Rochester, New York at a time to be determined by the Court (No oral argument requested) |
| SUPPORTING PAPERS: | Affirmation of Victoria B. Eiger dated June 14, 2006, with attachments |
| RELIEF REQUESTED: | An order granting bail pending appeal |
| GROUNDS FOR RELIEF: | Richard Amico meets all requirements for bail pending appeal |

1

DATED:    June _, 2006
               New York, New York

*/s/ Victoria B. Eiger*
_____
Victoria B. Eiger, Esq.

Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue
Suite 300
New York, NY 10001
Telephone: (212) 889-4009

TO:    Richard A. Resnick, Esq. A.U.S.A.
       United States Attorney's Office
       620 Federal Building
       100 State Street
       Rochester, NY 14614

       Matthew Lembke, Esq.
       Cerulli, Massare & Lembke
       Attorney for Defendant Robert J. Amico
       134 S. Fitzhugh Street
       Rochester, NY 14608

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :ss:
COUNTY OF NEW YORK   )

Caitlin Egleson, being duly sworn, hereby states that: I am over the age of eighteen (18) years and I am not a party to this action.

On the 14th day of June, 2006, I presented Richard N. Amico's Notice of Motion for Bail Pending Appeal, with supporting Affirmation and Exhibits to the Clerk of the Court for filing and uploading to the CM/ECF system, and I hereby certify that I have served the following via the CM/ECF system to:

> Richard Resnick, Esq.
> U.S. Attorney's Office, WDNY
> Rochester Office
> U.S. Courthouse
> 100 State Street
> Rochester, New York 14614
>
> Matt Lembke, Esq
> Cerulli, Massare & Lembke
> 134 S. Fitzhugh Street
> Rochester, NY 14608

and by depositing a true copy of the same in a properly addressed post paid wrapper in a regularly maintained official depository under the exclusive care and custody of the United States Postal Service located in the City, State and County of New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Caitlin Egleson

Sworn before me 14th
day of June, 2006

_____
Notary Public, State of New York
Iris B. Alfonso
No. 01AL5040917
Qualified in New York County
Commission Expires Sept. 19, 2009