UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                  ORDER
          v.                                 00-CR-06155CJS

RICHARD N. AMICO,

                    Defendant.

---

       Pursuant to Summary Order filed September 1, 2006, the United States Court of Appeals for the Second Circuit remanded this case for the sole purpose of entertaining a renewed motion for bail pending appeal, and directed that the case be assigned to a judge other than the judge who presided over the trial. Accordingly, the undersigned hereby assigns this matter to the Hon. David G. Larimer, United States District Judge.

       IT IS SO ORDERED.

                                  /s/ Richard J. Arcara
                              HONORABLE RICHARD J. ARCARA
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT

DATED: September 11, 2006