UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                 Plaintiff,

                                                        <u>ORDER</u>

                                                        00-CR-6151L

              v.

RICHARD N. AMICO,
Register No. 10693-055

                                 Defendant.
_____

       By Order entered September 1, 2006, the United States Court of Appeals for the Second Circuit remanded this case to this Court to entertain a renewed motion for bail pending appeal from defendant's conviction and sentence of November 4, 2003. Pursuant to the Order of the Second Circuit, this case has been assigned to me.

       This Court held a hearing on September 21, 2006, and in light of the Second Circuit Order, and their being no opposition by the Government, defendant is released from custody pending appeal, with conditions as contained in a separate release order, entered this date.

       Therefore, it is hereby

       ORDERED that any prior order detaining defendant Richard N. Amico is vacated and, it is further

ORDERED that defendant is hereby released from the custody of the Federal Bureau of Prisons pending appeal of his conviction to the United States Court of Appeals for the Second Circuit, and it is further

ORDERED that the United States Marshal is directed to release defendant Richard N. Amico in Rochester, New York forthwith.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       September 21, 2006.